IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:03cr283-MHT |
| | ) | (WO) |
| **RUSSELL KIM MCGILL** | ) | |

### ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on June 1, 2006, affirming the judgment of conviction and sentence pronounced in this case as to defendant Russell Kim McGill on January 4, 2005, and entered on January 7, 2005 (Doc. no. 110), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on June 30, 2006, and received in the office of the clerk of this court on July 5, 2006 (Doc. no. 120), it is the ORDER, **JUDGMENT**, and **DECREE** of the court that the judgment of conviction and sentence pronounced upon defendant Russell Kim McGill on January 4, 2005, and entered on January 7,

2005 (Doc. no. 110), is continued in full force and effect.

DONE, this the 27th day of July, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE