IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 1:03cr283-MHT |
| ) | (WO) |
| RUSSELL KIM MCGILL    ) | |

### ORDER

Upon consideration of the agreement reached by the parties and the oral petition made in open court to modify the conditions of supervision, it is ORDERED as follows:

(1) Defendant Russell McGill is to participate and complete the Safety and Accountability For Everyone (S.A.F.E.) Program.

(2) Defendant McGill is to wear an Alcohol Monitoring Device for a period of six months, to begin at a time designated by the probation officer.

(3) Defendant McGill is prohibited from consuming alcoholic beverages until further order of the court.

(4) Defendant McGill is declared indigent and qualifies for third-party assistance for payment of the S.A.F.E. Program and Alcohol Monitoring Program.

DONE, this the 25th day of April, 2011.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE